UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| WALTER SINGH, | |
| | Civil No. 05-2969 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING** |
| | **REPORT AND RECOMMENDATION** |
| CITY OF MINNEAPOLIS, OFFICER MADICH and OFFICER SMITH, | **OF MAGISTRATE JUDGE** |
| Defendants. | |

_____

Walter Singh, 3201 Fourth Avenue South, Minneapolis, MN 55408, plaintiff *pro se*.

Gregory P. Sautter, **OFFICE OF THE CITY ATTORNEY,** 333 South Seventh Street, Suite 300, Minneapolis, MN 55402, for defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 15, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that City Defendant's Motion for Summary Judgment [#23] is **GRANTED**.

DATED: November 14, 2007
at Minneapolis, Minnesota.

                                                                    s/John R. Tunheim
                                                                      JOHN R. TUNHEIM
                                                        United States District Judge